UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Yi Li,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Amazon.com, Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-01381-RFB-DJA<br><br>**Order** |

　　　　Before the Court is pro se Plaintiff Yi Li's motion for permission "to receive U.S. Marshal Service notifications electronically" (ECF No. 16) and his four motions to amend his complaint (ECF Nos. 18, 19, 20, 21).

　　　　In his motion "to receive U.S. Marshal Service notifications electronically," Plaintiff appears to be asking the Court for permission to receive email service of documents. (ECF No. 16). Alternatively, it appears that Plaintiff may be seeking to serve Defendants. Because it is not entirely clear what relief he seeks, and because serving Defendants is premature given the fact that the Court has not yet screened Plaintiff's complaint, the Court denies Plaintiff's motion. The Court will send Plaintiff the form through which he may consent to electronic service.

　　　　Plaintiff's motions for leave to file a second amended complaint violate this Court's prior order stating that "Plaintiff may not file any further motions to amend his complaint until after the Court screens his complaint. *See* Fed. R. Civ. P. 15(a)(2) (explaining that, '[i]n all other cases, a party may amend its pleading only with the opposing party's written consent *or the court's leave.*')." (ECF No. 14). So, the Court denies and strikes these motions. *See* Local Rule IA 10-1(d).[1]

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/.

Finally, Plaintiff has not provided a physical address to the Court. But Local Rule IA 10-2 requires that the first page of every document presented for filing contain the party's address. Plaintiff has filed other cases in this district. *Li v. The Siegel Group, Inc.*, No. 2:25-cv-01342-CDS-BNW; *Li v. City of North Las Vegas, et al.*, No. 2:25-cv-01348-APG-NJK; *Li v. Las Vegas Metropolitan Police Department, et al.*, No. 2:25-cv-01349-MDC; *Li v. Trump Campaign Staff, et al.*, No. 2:25-cv-01336-GMN-NJK. In each those cases, Plaintiff has provided an address. So, the Court will add that address to the docket in this case and will send Plaintiff a copy of the Court's minute order regarding amended complaints.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 16) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff's motions to amend his complaint (ECF Nos. 18, 19, 20, 21) are **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike** Plaintiff's motions to amend (ECF Nos. 18, 19, 20, 21).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to add the below address to the docket for Plaintiff.

> Yi Li
> 5230 E. Craig Rd. 420
> Sunrise Manor, NV 89115

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiff at the above address and to his email: (1) a copy of this order; (2) a copy of the minute order at ECF No. 14; and (3) a copy of the Court's consent for electronic service of documents form.[2]

DATED: August 21, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code "Pro Se."